No. 459. Airdo v. United States. C. A. 7th Cir. Certiorari denied. *Charles A. Bellows* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 462. Fain et al. v. Duncan. C. A. 6th Cir. Certiorari denied. *Cecil D. Branstetter* for petitioners. *Maclin P. Davis, Jr.*, for respondent.

No. 464. Biazevich et al., dba M. V. Liberator, et al. v. National Labor Relations Board. C. A. 9th Cir. Certiorari denied. *Stanley E. Tobin* and *Carl M. Gould* for Boat Owners and Individuals, and *Robert W. Gilbert* for Seine & Line Fishermen's Union of San Pedro, petitioners. *Acting Solicitor General Spritzer, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 466. Diesel Tanker, A. C. Dodge, Inc. v. Stewart et al. C. A. 2d Cir. Certiorari denied. *Christopher E. Heckman* for petitioner. *Wilbur H. Hecht* for respondents.

No. 469. Coastal Petroleum Co. v. Kirk, Governor of Florida, et al. Sup. Ct. Fla. Certiorari denied. *Frank Bezoni, C. Dean Reasoner* and *E. Tillman Stirling* for petitioner. *Earl Faircloth*, Attorney General of Florida, and *T. T. Turnbull*, Assistant Attorney General, for respondents.

No. 477. Morrill v. Freeman, Secretary of Agriculture, et al. C. A. 6th Cir. Certiorari denied. *Farland Robbins* for petitioner. *Acting Solicitor General Spritzer, Acting Assistant Attorney General Eardley, Morton Hollander* and *Robert V. Zener* for respondents.